UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROCIO BEARER,

    Plaintiff,

-vs-                                            CASE NO.:  6:19-CV-12-ORL-28TBS

NATIONSTAR MORTGAGE, LLC,
d/b/a MR. COOPER,

    Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, Rocio Bearer, by and through the undersigned counsel, hereby notifies the Court that the parties have reached a settlement with regard to this case and are presently drafting and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

## CERTIFICATE OF SERVICE

    I hereby certify that on April 24, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Emily Y Rottmann, Esquire, Sara F. Holladay-Tobias, Esquire, and Courtney A. McCormick, Esquire, McGuire Woods LLP, 50 N. Laura Street, Ste. 3300, Jacksonville, FL 32202 (stobias@mcguirewoods.com; erottmann@mcguirewoods.com; and cmccormick@mcguirewoods.com).

                                                                         */s/ Jason R. Derry, Esquire*
                                                                         Jason R. Derry, Esquire
                                                                         Florida Bar No.: 0036970
                                                                         Morgan & Morgan, Tampa, P.A.
                                                                         One Tampa City Center
                                                                         201 North Franklin Street, 7th Floor
                                                                         Tampa, FL 33602
                                                                         Telephone: (813) 223-5505
                                                                         Facsimile:  (813) 257-0577
                                                                         jderry@ForThePeople.com
                                                                         jkneeland@ForThePeople.com
                                                                         *Attorney for Plaintiff*