UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

ROCIO BEARER,

    Plaintiff,

-vs-                                      CASE NO.:  6:19-CV-12-ORL-28TBS

NATIONSTAR MORTGAGE LLC,
d/b/a MR. COOPER,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Rocio Bearer, and the Defendant, Nationstar Mortgage LLC d/b/a Mr. Cooper, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 3rd day of June, 2019.

| | |
|---|---|
| */s/ Jason R. Derry* | */s/ Emily Y. Rottman* |
| Jason R. Derry, Esquire | Courtney A. McCormick, Esquire |
| Florida Bar  No. 36970 | Florida Bar No. 92879 |
| MORGAN & MORGAN, TAMPA, P.A. | Sara F. Holladay-Tobias, Esquire |
| One Tampa City Center | Florida Bar No. 0026225 |
| 201 North Franklin Street, 7th Floor | Emily Y. Rottman, Esquire |
| Tampa, FL 33602 | Florida Bar No. 0093154 |
| Telephone: (813) 223-5505 | MCGUIRE WOODS, LLP |
| Facsimile:  (813) 257-0577 | 50 N. Laura Street, Suite 3300 |
| jderry@forthepeople.com | Jacksonville, FL 32202 |
| jkneeland@forthepeople.com | Telephone: (904) 798-3200 |
| *Counsel for Plaintiff* | Facsimile: (904) 798-3207 |
| | cmccormick@mcguirewoods.com |
| | stobias@mcguirewoods.com |
| | erottmann@mcguirewoods.com |
| | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 3, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  Emily Y Rottmann, Esquire, Sara F. Holladay-Tobias, Esquire, and Courtney A. McCormick, Esquire, McGuire Woods LLP, 50 N. Laura Street, Ste. 3300, Jacksonville, FL  32202 (stobias@mcguirewoods.com; erottmann@mcguirewoods.com; and cmccormick@mcguirewoods.com).

*/s/ Jason R. Derry, Esquire*
Jason R. Derry, Esquire
*Attorney for Plaintiff*